SIMON KAPLAN, Respondent, v. MIAMI BEACH BANK AND TRUST COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING MILLER, Respondent, v. HOWARD GOLDSCHMIDT and SIMON D. BARASCH, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $5,152.50; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

250 WEST 40TH ST. CORP., Respondent, v. S. & H. REALTIES, INC., and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MIKE BEROK, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, Impleaded with WILLIAM SPENCER & SON CORPORATION, Respondent.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that an issue of fact was presented as to whether plaintiff's conduct was such as to result in an irrevocable election to take compensation. (*Ellich* v. *Hamburg-Amerikanische P. A. Gessellschaft*, 226 App. Div. 32.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL RUDERMAN, Respondent, v. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILIP K. HOUSTON, Respondent, v. JAMES BLISS COOMBS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [134 Misc. 452.]

THE PEOPLE OF THE STATE OF NEW YORK v. VITO VITALE.— Motion granted, and the time of the appellant within which to serve and file the record on appeal extended to and including January 2, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PERQUETA COURTNEY v. LUCIAN H. GARWOOD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before November 25, 1929, with notice of argument for December 10, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.